IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                 CASE NO.  1:03-CV-166-SPM

**CHRISTINE EVAS,**

    **Defendant.**

_____/

**ORDER DISMISSING CASE AND CANCELING LIS PENDENS**

Pursuant to Plaintiff's "Notice of Voluntary Dismissal and Cancellation of Lis Pendens" (doc. 18) filed October 21, 2005 and Federal Rule of Civil Procedure 41(a)(1)(i), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is dismissed.

2.    The lis pendens referred to in the motion is hereby *canceled*.

2.    Each party shall bear his own attorney's fees.

3.    All pending motions are denied as moot.

**DONE AND ORDERED** this twenty-fourth day of October, 2005.

                                             *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             United States District Judge

/pao